# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Dwight Suggs, | 2:24-cv-01808-APG-MDC |
| Plaintiff(s), | |
| vs. | **Order Setting Hearing** |
| Mercury Casualty Company, | |
| Defendant(s). | |

The parties shall appear for an in-person hearing on **July 8, 2025, at 10:00am in Courtroom 3A** on the *Stipulation and Proposed Order Amending the Stipulated Discovery Plan and Scheduling Order* (ECF No. 14).

It is so ordered.

Dated this 23rd day of June 2025.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge